01

02

03

04

05

06

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

07 | UNITED STATES OF AMERICA,    )    CASE NO. MJ 16-24
                                 )
08 |        Plaintiff,            )
                                 )
09 |    v.                        )    DETENTION ORDER
                                 )
10 | CODY JESSE CHASE,            )
                                 )
11 |        Defendant.            )
    _____ )

12

13  <u>Offense charged in Complaint</u>: Felon in Possession of Firearm

14  <u>Date of Detention Hearing</u>:    January 22, 2016.

15        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

16  based upon the factual findings and statement of reasons for detention hereafter set forth,

17  finds that no condition or combination of conditions which defendant can meet will

18  reasonably assure the safety of other persons and the community or that defendant will make

19  his future appearances as required.

20        <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

21  (1) When arrested as a "prowler," defendant was asleep or passed out in his car, which

22      was parked in the driveway of a residence of someone he did not know.

DETENTION ORDER
PAGE -1

01    (2) A search of the vehicle yielded a loaded semi-automatic pistol along with additional

02    magazines.  Also found were various materials indicative of drug trafficking.  These

03    included a scale with a grimy residue similar to heroin; a cellular phone; a roll of U.S.

04    Currency; and substances believed to be heroin and methamphetamine;

05    (3) Defendant has various felony convictions, including offenses involving controlled

06    substances, possession of a firearm, and attempting to elude a police vehicle.

07    (4) This court's pretrial services officer did not receive permission to interview defendant.

08    (5) Defendant has violated state DOC supervision on four occasions, three of which were

09    failing to report and absconding from supervision.

10    (6) The Washington State DOC Community Corrections Officer reports defendant has a

11    history of using heroin and methamphetamine, and that defendant does not have a

12    reported residence address.  Defendant told arresting officers he is homeless, and

13    living in his car.

14    (7) Defendant and his counsel stipulated to the entry of an Order of Detention.

15    It is therefore ORDERED:

16    1. Defendant shall be detained pending trial and committed to the custody of the

17    Attorney General for confinement in a correction facility separate, to the extent

18    practicable, from persons awaiting or serving sentences or being held in custody

19    pending appeal;

20    2. Defendant shall be afforded reasonable opportunity for private consultation with

21    counsel;

22    3. On order of the United States or on request of an attorney for the Government, the

DETENTION ORDER
PAGE -2

01    person in charge of the corrections facility in which defendant is confined shall deliver

02    the defendant to a United States Marshal for the purpose of an appearance in

03    connection with a court proceeding;

04    4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel

05    for the defendant, to the United States Marshal, and to the United States Pretrial

06    Services Officer.

07    DATED this 22nd day of January, 2016.

08

                    s/ John L. Weinberg

                    United States Magistrate Judge

DETENTION ORDER
PAGE -3